**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ADRIAN CRUZ-OTERO<br>Defendant. | INDICTMENT<br><br>Criminal No. 26- 330 (PAD)<br><br>VIOLATIONS:<br>18 U.S.C. §§ 751(a)<br><br>One Count |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Escape from custody
(18 U.S.C. § 751(a))

On or about July 31, 2026, in the District of Puerto Rico and within the jurisdiction of this

Court, the defendant,

**ADRIAN CRUZ OTERO**

did knowingly escape from custody in Volunteers of America Inc. Residential Re-entry Center,

where he was lawfully confined at the direction of the Attorney General by virtue of a judgment

and commitment of the United States District Court for the District of Puerto Rico, in violation

of 18 U.S.C. § 751(a).

TRUE BILL

███████████████

FOREPERSON
Date: 8/6/2026

Héctor E. Ramírez-Carbó
Acting United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Chief, Violent Crimes Section

Olga B. Castellon-Miranda
Assistant United States Attorney
Violent Crimes Section